of the City of New York, Respondents, Impleaded with CHARLES BRADY, as Superintendent of Buildings, etc., Defendant, and DEAN-MURRAY GARAGE Co., INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

JEFFERSON OLNEY, an Infant, by ETHEL OLNEY, His Guardian ad Litem, Respondent, v. R. H. MACY & Co., INC., Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide the event, upon the ground that the findings of the jury that the defendant was negligent and that the plaintiff was free from contributory negligence is against the weight of the evidence. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.; McAvoy and Burr, JJ., dissenting.

LILLIE DAIRY Co., INC., Respondent, v. CHARLES E. DEPPELER, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

ELIZABETH HARTFIELD, Respondent, v. VINCENT CAFARO, Appellant.— Judgment reversed and new trial ordered, with costs to appellant to abide the event, upon the ground that reversible error was committed in receiving in evidence proof of defendant's guilt of the charge of disorderly conduct at the time when the evidence was offered, and furthermore, upon the ground that reversible error was committed in receiving testimony as to the nature of the complaint made by the plaintiff herein against the defendant in the Magistrate's Court and as to what occurred in said court on the trial of the complaint. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.; Merrell and Burr, JJ., dissent, on the ground that any error committed in the reception of testimony was cured by the defendant finally taking the stand. (*People ex rel. Stewart* v. *Paschal*, 68 Hun, 344.)

CHARLES H. TUTTLE, Respondent, v. HOME INSURANCE COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.; Dowling and Merrell, JJ., dissenting.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES F. CURTIS, Appellant.— Judgment affirmed. (See *People* v. *Farini*, 239 N. Y. 411, 416.) Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT MERLO, Appellant.— Judgment affirmed. No opinion. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

MARGARET MAYO, Appellant, v. THOMAS HEALY and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

SYLVANUS W. LONG and Others, Appellants, v. ALBERT W. PORTER and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

NATIONAL SURETY COMPANY, Respondent, v. BENJAMIN A. RUFFIN, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

JOSEPH E. LORD and Another, Appellants, v. ELEANOR WILLIAMS, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

DUNCAN, FOX & Co., INC., Respondent, v. DAN WUILLE & Co., INC., Appellant.—

Judgment affirmed, with costs. No opinion. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

WOOD, DOLSON Co., INC., Appellant, v. THE SAHOFF CORPORATION, Respondent. — Determination affirmed, with costs. No opinion. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

HYMAN ZUBRINSKY, Appellant, v. LOUIS ZUBRINSKY and Another, Respondents. — Judgment affirmed, with costs. No opinion. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

CHARLES STEBER, Respondent, v. THE PALM KNITTING Co., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

In the Matter of THOMAS LAWLER, Deceased.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procures appellant's points to be filed on or before April 15, 1925. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

JACOB PALEY, Respondent, v. ALEX LEITMAN, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procures record on appeal to be filed on or before March 25, 1925. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SOLOMON HOFFMAN, Appellant.— Motion to dismiss appeal granted, unless appellant p ocures record on appeal and appellant's points to be filed on or before April 1, 1925. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

EARL B. BARNES, as Trustee, etc., v. LAURENCE J. HIRSCH and Others.— Motion denied on condition that plaintiff sign a stipulation similar to that made with the defendants Schatzkin and others, which respondent announces his willingness to do. Settle order on notice. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

LOUISE ELLIS, Respondent, v. ANNA MARIA KELSEY and Others, Appellants.— Motion granted as indicated in order. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MOSSADDER ALI, Appellant.— Preference granted for April 8, 1925. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

SPYROS D. DRACOPOULOS, Respondent, v. NATIONAL STEAM NAVIGATION Co., LTD., OF GREECE, and Another, Appellants, Impleaded with Another, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

SEILER COAL Co., INC., Respondent, v. DETROIT FIDELITY & SURETY COMPANY, Appellant, Impleaded with Another, Defendant.— Judgment affirmed, with costs. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

ALBERT S. HECHT, Respondent, v. FRED T. LEY & Co., INC., Appellant, Impleaded with Others, Defendants.— Judgment modified by striking out the provision for an extra allowance and reducing the amount of the judgment as entered to the sum of $28,889.20, and as so modified affirmed, with costs to respondent. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

**52**